o

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| U.S.A., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. L-09-77 |
| 2006 HUMMER H3 & 2008 FORD EXPEDITION, | § § | |
| | § | |
| Defendant. | § | |

### Memorandum and Order

Pending is a motion by Plaintiff United States of America, ("United States") for default judgment against a 2006 HUMMER H3 VIN: 5GTDN136068164800, and a 2008 FORD EXPEDITION VIN: 1FMFU15538LA03053 ("the vehicles"). (Docket No. 4, Mot. for Default J.)

The United States filed a complaint against the vehicles on July 7, 2009. (Docket No. 1, Verified Compl.) The United States published notice on its official internet government forfeiture site between July 21, 2009, and August 19, 2009. (Docket No. 3, Decl. of Pub.) The notice of this action and a copy of the complaint were served on Eloy Rivera-Perez on August 19, 2009; the notice set a deadline to file a claim for 35 days after the notice was sent. (Docket No. 2, Return of Serv.)

Over thirty five days have passed since Rivera-Perez received notice. Fed. R. Civ. P., Supp. R. Adm. Mar. Cl. & Asset Forfeit. G(4)(b)(ii)(B). The internet notice was

published for thirty days. (Decl. of Pub. 2); F. R. Civ. P. Rule G(4)(a)(iv)(C). No one has filed a claim to the vehicles. The United States has not advised of other potential claimants entitled to direct notice under Supplemental Federal Rule of Civil Procedure G(4)(b). (<u>See</u> Verified Compl. 2-4.)

The Court GRANTS the United States' motion for default judgment.

DONE at Laredo, TX, this 30th day of September, 2009.

_____
George P. Kazen
Senior United States District Judge